IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:15CR00073 BRW |
| | ) | |
| DENTREL MAURICE BRAGG | ) | |

## **ORDER**

Before the Court is the United States of America's motion to dismiss forfeiture allegation as to certain property (Dkt. 25). During the course of the investigation of the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") seized from Dentrel Maurice Bragg a loaded Smith & Wesson, model SD40VE, .40 caliber pistol, serial number HEY2751 and a loaded Colt, model Mustang, .380 caliber pistol, serial number MU58025 (collectively "the seized property"). The indictment filed in this case gave notice of the United States' intent to seek at sentencing the forfeiture of the seized property. In addition to the criminal forfeiture proceeding, the ATF also started administrative forfeiture proceedings against the seized property. On May 5, 2015, the ATF completed its administrative forfeiture proceedings and issued an administrative declaration of forfeiture. A declaration of forfeiture has the same force and effect as a judicial decree of forfeiture; therefore, the seized property now belongs to the United States and a criminal forfeiture action is unnecessary. Accordingly, the motion is GRANTED, and the seized property is dismissed from the forfeiture allegation.

SO ORDERED this 19th day of February, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE